FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

PD-0711-15

COA Case No. 12-14-00182-CR

6/10/2015
**ALBRO, STEPHEN JR.**            Tr. Ct. No. 2013-0614

On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Tuesday, August 11, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *



FILED IN COURT OF APPEALS
12th Court of Appeals District
JUN 11 2015
TYLER TEXAS
CATHY S. LUSK, CLERK